United States District Court
Southern District of Texas
**ENTERED**
March 27, 2017
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| Plaintiff, | § | |
| | § | |
| V. | § | CIVIL CASE NO. B-16-023 |
| | § | |
| JESUS CISNEROS, | § | |
| Defendant. | § | |

# ORDER

On January 30, 2017, the United States Magistrate Judge filed a Report and Recommendation [Doc. No. 11] recommending that this Court enter a default judgment against Defendant Jesus Cisneros. No objections have been lodged by either side and the time for doing so has expired.

Having reviewed the Report and Recommendation for plain error and having found none, it is the opinion of the Court that the Magistrate Judge's Report and Recommendation is hereby adopted. Therefore, the Court will enter a default judgment against Defendant Jesus Cisneros. The final judgment will be entered to that effect in a separate document.

Signed this 27th day of March, 2017.

Andrew S. Hanen
United States District Judge